# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>HIOSSEN, INC.; AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. 17-CV-02363-JAM-CKD<br><br>AMENDED ORDER GRANTING STIPULATION EXTENDING NON-EXPERT DISCOVERY CUT-OFF DEADLINES BY 30 DAYS<br><br>HON. JOHN A. MENDEZ |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The Discovery Deadlines as set forth in the Scheduling Order [Dkt. No. 11] are extended by thirty (30) days and set as follows:

*//*

- 1 -
AMENDED [PROPOSED] ORDER GRANTING STIPULATION EXTENDING NON-EXPERT DISCOVERY CUT-OFF DEADLINES BY 30 DAYS

|  | Date | NEW DATE |
|---|---|---|
| Non-Expert Discovery Cut-Off | 9/7/2018 | 10/7/2018 |
| Dispositive Motion Deadline | 10/23/2018 | 12/18/2018 |
| Hearing Deadline for Dispositive Motion | 11/20/2018 | 1/22/2019 |
| Joint Pretrial Statement Due: | 12/4/2018 | 2/15/2019 |
| Pretrial Conference | 1/11/2019 | 2/22/2019 at 10:00am |
| Jury Trial | 2/25/2019 | 4/1/2019 at 9am |

Dated: 9/7/2018

/s/ John A. Mendez_____
Hon. John A. Mendez

United States District Court Judge