ROBERT H. BERNSTEIN (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
bernsteinrob@gtlaw.com

*Attorneys for Defendant Hiossen, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS<br><br>Plaintiff,<br><br>v.<br><br>HIOSSEN, INC.; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Civil Action 17-CV-02363-JAM-CKD<br><br>**ORDER GRANTING HIOSSEN, INC.'S REQUEST TO REPLACE UNREDACTED EXHIBITS TO ROBERT H. BERNSTEIN'S CERTIFICATION WITH REDACTED EXHIBITS** |

**ORDER**

This matter is before the Court on request of Hiossen, Inc. to replace previously filed Exhibits C, F, G, H and K to the Declaration of Robert H. Bernstein (Dkt. #19) with redacted Exhibits, which remove the plaintiff's date of birth and social security number. After reviewing the instant Request, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the request to replace Exhibits C, F, G, H and K to the Declaration of Robert H. Bernstein with redacted Exhibits is GRANTED. I hereby direct the Office of the Clerk to replace the previously filed Exhibits C, F, G, H and K with the submitted redacted Exhibits.

Dated: 12/20/2018

/s/ John A. Mendez_____
Judge of the District Court

1